IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

In Re: United States of America )
          v. ) Case No. 5:18-CR-353
    JASON LEBRON )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum,     ☐ Ad Testificandum:

1. Name of detainee: JASON LEBRON
2. A/K/A(s)(if applicable):
3. Prisoner ID# (if applicable):
4. Detained by: Onondaga County Justice Center
   Address: Syracuse, NY
5. Detainee is:

   A: ☒ charged in this district by:
       ☒ Indictment    ☐ Information    ☐ Complaint

   B: ☐ a witness not otherwise available by the ordinary process of the Court.

6. Appearance is necessary on Tuesday, October 30, 2018 at 11:00 am for:

☐ proceedings to be held at
☒ proceedings to be held at Syracuse, NY    before    Hon. Andrew T. Baxter
                                                          Judicial Officer (if court proceeding)

                                               Nicolas Commandeur
                                               Assistant U.S. Attorney

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum,     ☐ Ad Testificandum:

The above application is granted and the above-named custodian, FBI/GVTF as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date, at the time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date Signed: October 30, 2018            Andrew T. Baxter
                                                       United States Magistrate Judge

### RETURN OF SERVICE

Executed on _____ by _____
                                                     (Signature)