IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

          v.                                  5:18-CR-353 (FJS)

ANTHONY HOPPER, DESHAWNTE
WALLER, QUALIK VAUGH and
JASON LEBRON,

                     Defendants.

_____

NICOLAS COMMANDEUR, Assistant United States Attorney
JEFFREY R. PARRY, Esq. for Defendant Hopper
STUART J. LAROSE, Esq. for Defendant Waller
GEORGE F. HILDEBRANDT, Esq. for Defendant Vaugh
ANNALEIGH E. PORTER, Esq. for Defendant Lebron

ANDREW T. BAXTER, United States Magistrate Judge

<u>ORDER APPROVING WAIVER OF DETENTION HEARING</u>

Defendants have been charged by Indictment with RICO Conspiracy, in violation of Title 18 U.S.C. Section 1962(d). (Dkt. No. 1).

At a hearing held on October 30, 2018, the defendants, through counsel, voluntarily waived their right to an immediate detention hearing. In announcing that waiver, defendants' counsel advised that they had explained the nature of the detention hearing to the defendants, including the consequences of any waiver of the right to such a detention hearing, and that the defendants were knowingly and voluntarily waiving their right to a detention hearing with full knowledge of the consequences thereof. Defendants reserved their right to request a detention hearing at a later time. Based upon the foregoing, including defendants' voluntary representations, it is hereby

ORDERED, that defendants' waiver of their right to a detention hearing without prejudice, which I find to have been knowing, intelligent and voluntary, is accepted; and it is further

ORDERED, that defendants are committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated: October 31, 2018

_____
Hon. Andrew T. Baxter
U.S. Magistrate Judge